IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BRIAN MCARTHUR, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 5:26-cv-00158-CAR |
| | : | |
| GOLDMAN SACHS BANK USA, | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER DISMISSING CASE

On April 28, 2026, the Court denied Plaintiff's Motion to Proceed *In Forma Pauperis* because Plaintiff did not qualify for IFP status, and the Court instructed Plaintiff that this action would be dismissed without prejudice if Plaintiff failed to pay the required filing fee to the Clerk of Court within 14 days.[1] Plaintiff has failed to comply, and the time to do so has now expired.  Therefore, the Court hereby **DISMISSES** this case **without prejudice**.

**SO ORDERED**, this 1st day of June, 2026.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Doc. 3.

1