IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRIAN MCARTHUR,                           *

                Petitioner,      *

v.                                                            Case No. 5:26-cv-00158-CAR

                               *

GOLDMAN SACHS BANK USA,

                               *

                Respondent.      *
_____

## J U D G M E N T

Pursuant to this Court's Order dated June 1, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

    This 1st day of June, 2026.

                             David W. Bunt, Clerk

                             s/ Erin Pettigrew, Deputy Clerk