IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRIAN MCARTHUR,                          :
                                         :
    Plaintiff,                           :
                                         :
v.                                       :          Case No. 5:26-cv-158-CAR
                                         :
GOLDMAN SACHS BANK USA,                  :
                                         :
    Defendant.                           :
_____ :

## ORDER VACATING DISMISSAL AND JUDGMENT

On April 28, 2026, the Court denied Plaintiff's Motion to Proceed *In Forma Pauperis* because Plaintiff did not qualify for IFP status, and the Court instructed Plaintiff that this action would be dismissed without prejudice if Plaintiff failed to pay the required filing fee to the Clerk of Court within 14 days.[1] On May 29, 2026, the Clerk of Court's Office mistakenly notified the Court that Plaintiff had failed to comply with the Court's Order, and no filing fee receipt appeared on the docket. As a result, on June 1, 2026, the Court dismissed this case without prejudice, and Judgment was entered. [Docs. 4, 5]. But, on June 12, 2026, the Clerk of Court's Office notified the Court that Plaintiff timely paid the filing fee on May 11, 2026, and thus, complied with the Court's Order. Accordingly, the

---

[1] Doc. 3.

1

Court **VACATES** its Order Dismissing Case and Judgment and **REOPENS** this case [Docs. 4, 5].

**SO ORDERED**, this 15th day of June, 2026.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT