IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRIAN MCARTHUR,                          *

        Plaintiff,                   *

v.                                              Case No. 5:26-cv-00158-CAR

                                    *

GOLDMAN SACHS BANK USA,

                                    *

        Defendant.

                                    *

## J U D G M E N T

Pursuant to this Court's Order dated July 14, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of July, 2026.

                            David W. Bunt, Clerk

                            s/ Erin Pettigrew, Deputy Clerk